■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ALEXANDER, Appellant. [722 NYS2d 417] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barbaro, J.), rendered May 3, 1999, convicting him of assault in the third degree, criminal possession of a weapon in the fourth degree, menacing in the second degree, and unlawful imprisonment in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to object to the procedure used by the Supreme Court to dismiss a sworn juror and therefore that issue is unpreserved for appellate review (*see,* CPL 470.05 [2]; *see,* also, *People v Starks,* 248 AD2d 1003; *People v Schenck,* 209 AD2d 453; *People v Ricciardi,* 199 AD2d 432). The defendant's failure to object deprived this Court of a record on which we could exercise intelligent judicial review of his contentions (*see, People v Camacho,* 90 NY2d 558; *People v Kinchen,* 60 NY2d 772; *People v Thompson,* 262 AD2d 666). We decline to reach the issue in the exercise of our interest of justice jurisdiction (*see,* CPL 470.15 [6]). Santucci, J. P., Altman, Florio and Luciano, JJ., concur.